IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC, | ) ) ) | CASE NO. 1:08-cv-1846-CAB |
| Plaintiffs, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | **NOTICE OF DISMISSAL** |
| BALDWIN FILTERS, INC. and CLARCOR INC., | ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC ("Parker"), through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismiss with prejudice this entire suit, including all of the claims asserted by Parker in this action.

Respectfully submitted,

OF COUNSEL:

CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899-2207
Telephone: 302-658-9141
Telefax: 302-658-5614

s/Harry D. Cornett, Jr.
Harry D. Cornett, Jr. (0013179)
Benjamin C. Sassé (0072856)
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
Telephone: 216.592.5000
Telefax: 216.592.5009
E-mail: harry.cornett@tuckerellis.com
benjamin.sasse@tuckerellis.com

*Attorneys for Plaintiffs*

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT COURT JUDGE

NOVEMBER 5, 2008
```